*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

vs.                              NO. 4:09CR00013-001 SWW

HAROLD S. LONGS

## ORDER

On December 4, 2012, the Court entered an order granting early termination of defendant's supervised release. In light of that action, IT IS HEREBY ORDERED that the U. S. Probation Office return the passport of defendant, *Harold S. Longs*.

DATED this 4th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE